THE STATE EX REL. HEDDLESON *v.* BRADSHAW, WARDEN.

[Cite as *State ex rel. Heddleson v. Bradshaw,*
102 Ohio St.3d 90, 2004-Ohio-2000.]

(No. 2003–2039—Submitted April 14, 2004—Decided May 5, 2004.)

{¶ 1} The petition for a writ of habeas corpus is dismissed on the authority of *Pratts v. Hurley,* 102 Ohio St.3d 81, 2004-Ohio-1980, 806 N.E.2d 992.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

Kravitz & Kravitz, L.L.C., and Kort Gatterdam, for relator.

STARKS, APPELLEE, *v.* FEDERAL INSURANCE COMPANY, APPELLANT, ET AL.

[Cite as *Starks v. Fed. Ins. Co.,* 102 Ohio St.3d 90, 2004-Ohio-1999.]

(No. 2003–1721—Submitted March 15, 2004—Decided May 5, 2004.)

{¶ 1} The discretionary appeal is accepted.

{¶ 2} The judgment of the court of appeals is reversed, and the cause is remanded to the trial court on the authority of *Westfield Ins. Co. v. Galatis,* 100 Ohio St.3d 216, 2003-Ohio-5849, 797 N.E.2d 1256.

MOYER, C.J., LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

---

John S. Coury, for appellee.

Gallagher, Sharp, Fulton & Norman, Jay Clinton Rice and Richard C.O. Rezie, for appellant.

STARKS, APPELLEE, *v.* FEDERAL INSURANCE COMPANY ET AL., APPELLANTS.

[Cite as *Starks v. Fed. Ins. Co.,* **102 Ohio St.3d 91, 2004-Ohio-1998.**]

(No. 2003–1742—Submitted March 15, 2004—Decided May 5, 2004.)

---

{¶ 1} The discretionary appeal is accepted.

{¶ 2} The judgment of the court of appeals is reversed, and the cause is remanded to the trial court on the authority of *Westfield Ins. Co. v. Galatis,* 100 Ohio St.3d 216, 2003-Ohio-5849, 797 N.E.2d 1256.

MOYER, C.J., LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

---

John S. Coury, for appellee.

Gallagher, Sharp, Fulton & Norman, Jay Clinton Rice and Richard C.O. Rezie, for appellant Federal Insurance Company.